FILED

03/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF LISA J HAMMER FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

FILED

MAR 24 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORIGINAL

Lisa J Hammer has petitioned this Court for reinstatement to active status in the State Bar of Montana. Lisa J Hammer was placed on inactive status on or about January 8, 2020, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2019. Attached to the Petition is a letter from the State Bar stating that Hammer has now completed all CLE requirements for that reporting year. The Petition states that Hammer is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Lisa J Hammer for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Hammer shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 24 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices